IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

___Antonio Frank DelMonico IV_____, Plaintiff

v.

Beacon Health Options Inc.
___(a.k.a. Health Colorado)_____,

_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes ✓ No

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 11 2023

JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Antonio Frank DelMonico IV, 413 Rush Street, Pueblo, Colorado 81003.
(Name and complete mailing address)

(719)214-5145 and my email is mrdelmonico@yahoo.com
(Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Beacon Health Options Inc. (a.k.a Health Colorado), 9925 Federal Drive, Suite 100, Colorado Springs, Colorado 80921.
(Name and complete mailing address)

(888)502-4185 and their email is healthcolorado@beaconhealthoptions.com
(Telephone number and e-mail address if known)

Defendant 2: N/A
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

Defendant 3: N/A
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

Defendant 4: N/A
(Name and complete mailing address)

N/A
(Telephone number and e-mail address if known)

## C. JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__X__  Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

___Americans with Disabilities Act and 42 U.S.C. § 1983. On or about November 22,___

___2022, I Antonio DelMonico received a Right to Sue letter from the Colorado Civil___

___Rights Division. See, attached letter.___ 42 C.F.R. 438.56(a)(2).

____  Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____Colorado_____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____N/A_____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _Colorado_____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _Colorado_____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

### D.  STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  <u>Defendant Beacon Health Options Inc. ("Beacon") will not provide me any reasonable accommodations that are permitted under the Americans With Disabilities Act.</u>

Supporting facts:

1.) Upon personal information and belief, Defendant Beacon will not permit me or assign me to a primary care physician so I can receive prescription medication to treat and/or correct my diabetes, hypertension (high blood pressure), an under-active thyroid, and high cholesterol.

2.) Defendant Beacon will not allow me to receive a colonoscopy with general anesthesia administered (per a physician's order) so my breathing can be monitored and corrected by an Anesthesiologist. Defendant Beacon is using an updated colorized Be On the Lookout ("BOLO") so I cannot have the care I need.

3.) Defendant Beacon will not provide me a Continuous Positive Airway Pressure ("CPAP") machine to correct my Sleep Apnea and/or my substantial breathing difficulties at night despite a physician's order.

4.) Upon personal information and belief, Defendant Beacon has not permitted me or assigned me to a mental health counselor for a major depressive disorder, an anxiety disorder, and life problems related to COVID-19.

I have other serious medical conditions that require lifelong medical care and Defendant Beacon will not allow me to receive reasonable accommodations to correct my substantial breathing difficulties so I can work in violation of the Americans with Disabilities Act.

Defendant Beacon has added a communication plan to my file and other reasons that do not allow me schedule and/or keep my appointments and I have not been provided the prior stated care. Defendant Beacon has also added a false criminal history to my file in the from of an

4

updated colorized Be On the Lookout ("BOLO") and created a "poses a serious threat" or perceived threat termination policy, which work together to ensure that I am subject to automatic dismissal in regards to medical and/or mental health care I desperately need. I have been blacklisted and seek relief from this Court. During the relevant time, I had no involvement with law enforcement and a letter from the Pueblo, Colorado Police Department is attached.

### E.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

I am seeking that Defendant Beacon provide me with medical and mental health care, the prior stated reasonable accommodations in accordance with the Americans with Disabilities Act and/or to correct my substantial difficulties in breathing so I can go back to work.

In the past, Defendant Beacon informed that the BOLO against me places me into a **"poses a serious threat of harm"** category so I am not entitled to any kind of care and Defendant Beacon's actual misconduct termination policy will never been reinstated. If an individual is determined to **"poses a serious threat of harm"** because they are homosexual, African-American or in any protected they can be terminated from their medical care without cause. This is because no official reason has to be provided to the patient if they are terminated.

In a previous letter provided to me from Defendant Beacon confirmed that threatening behavior has been defined as filing Colorado Department of Regulatory Agency complaints. During the relevant time period, I received a probable cause finding by the Colorado Civil Rights Division against Comfort Dental North Pueblo and shortly there after a BOLO was issued against me. With this complaint, I have provided the first black and white BOLO against me and the updated colorized BOLO that Defendant Beacon is using against me. Please note the original BOLO does not indicate any criminal activity whereas Defendants Beacon's BOLO falsely states on August 28, 2018, I went into restricted areas of St. Mary Corwin-Medical Center and harassed staff, which is a hospital in Pueblo, Colorado. If an area of a hospital is restricted it would be secured from the public, especially since nine eleven.

At this time, I am seeking injunctive relief or that Defendant Beacon's perceived threat termination policy be eliminated and that their actual misconduct policy be reinstated, so I can have and/or keep a primary care physician. I am also seeking a nominal judgment. I am very ill and need access to a primary care physician and life long care for my diabetes and other serious medical conditions. I seek relief from this Court.

F.  **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*(Plaintiff's signature)*

*(Date)* January 10, 2023

(Revised February 2022)