IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00125-LTB-KLM

ANTONIO FRANK DELMONICO, IV,

    Plaintiff,

v.

BEACON HEALTH OPTIONS, INC., *also known as Health Colorado*,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order entered by Lewis T. Babcock, Senior District Judge, on May 2, 2023, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, May 2, 2023.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/A. Garcia Garcia
                Deputy Clerk